No. 22336.

ROBERT J. POPLIN AND INDUSTRIAL COMMISSION OF COLO-
RADO *v.* STATE OF COLORADO — GAME AND FISH DEPART-
MENT AND STATE COMPENSION INSURANCE FUND.

(428 P.2d 352)

Decided May 1, 1967.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY, Deputy, PETER L. DYE, Assistant, for plaintiff in error Industrial Commission of Colorado.

HAROLD CLARK THOMPSON, ALIOUS ROCKETT, FRANCIS L. BURY, FEAY BURTON SMITH, JR., for defendants in error State of Colorado — Game and Fish Department, and State Compensation Insurance Fund.

*En Banc.*

MR. JUSTICE MCWILLIAMS delivered the opinion of the Court.

THE issue posed by this writ of error is whether the various statutory provisions found in C.R.S. 1963, 81-12-1(5)(a) and (b) apply to the situation where a person, who is receiving weekly benefits under workmen's compensation, is thereafter granted a disability annuity by the Public Employees' Retirement Association of Colorado.

This issue has been considered by us in *Myers v. State of Colorado*, 162 Colo. 435, 428 P.2d 83.

In the Myers case we held that the aforementioned statute does apply to such a disability annuity.

The judgment is therefore affirmed.

MR. JUSTICE DAY and MR. JUSTICE PRINGLE dissent.

MR. JUSTICE DAY dissents:

I dissent in this case for the reasons which I have set out in my dissenting opinion in *Myers v. State of Colorado*, 162 Colo. 435, 428 P.2d 83.